The BRIGHAM AND WOMEN'S HOSPITAL, INC. and Amgen, Inc., Plaintiffs–Appellees,

and

NPS PHARMACEUTICALS, INC., Plaintiff–Appellee,

v.

TEVA PHARMACEUTICALS USA, INC., Teva Pharmaceutical Industries Ltd., and Barr Laboratories, Defendants–Appellants.

No. 2011–1217.

United States Court of Appeals, Federal Circuit.

March 21, 2011.

John D. Murnane, Robert L. Baechtold, Leisa Smith Lundy, Joshua I. Rothman, Fitzpatrick, Cella, Harper & Scinto, New York, NY, Jack B. Blumenfeld, Morris, Nichols, Arsht & Tunnell, Wilmington, DE, Lois M. Kwasigroch, Wendy A. Whiteford, Karen L. Nicastro, Gail A. Katz, Amgen Inc., Thousand Oaks, CA, for Plaintiffs–Appellees.

John L. North, Jeffrey J. Toney, Jeffrey David Blake, David A. Reed, Sutherland, Asbill & Brennan, LLP, Atlanta, GA, for Defendants–Appellants.

## ON MOTION

### ORDER

BRYSON, Circuit Judge.

Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., and Barr

Laboratories, Inc. (collectively Teva) move to stay proceedings in this case pending the court's disposition in *Therasense, Inc. v. Becton, Dickinson & Co.,* 2008–1511 et al. The appellees oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay proceedings is denied.

(2) Teva's initial brief is due within 60 days from the date of filing of this order.